UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE FERNANDEZ,

                Plaintiff,

      -against-

CHAUPAI LLC,

                Defendant.

**ORDER TO SHOW CAUSE**

24-CV-04175 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Felipe Fernandez ("Plaintiff") commenced this action by filing the Complaint on May 31, 2024 against Chaupai, LLC ("Defendant"). (Doc. 1). Plaintiff requested the issuance of a Summons on May 31, 2024 and the Clerk of Court issued a Summons on June 3, 2024. (Doc. 3; Doc. 4). There is no indication on the docket that Defendant has been served. Plaintiff has not sought an extension of time to serve Defendant.

    Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before **October 22, 2024**, Plaintiff shows good cause in writing for failure to comply with Fed. R. Civ. P. 4(m).

                            **SO ORDERED.**

Dated: White Plains, New York
       October 1, 2024

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge